# Order

Michigan Supreme Court
Lansing, Michigan

December 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150906(79)

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

MICHAEL ANDREW RADANDT,
Defendant-Appellant.
_____/

SC: 150906
COA: 314337
St. Joseph CC: 12-017690-FH

On order of the Chief Justice, the motion of the Criminal Defense Attorneys of Michigan and the American Civil Liberties Union of Michigan to file a late amicus curiae brief is GRANTED. The amicus brief submitted on December 28, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2015



Clerk